AO 86A (Rev. 01/09) Consent to Proceed Before a Magistrate Judge in a Misdemeanor Case

# UNITED STATES DISTRICT COURT
for the
District of Hawaii ▼

| | |
|---|---|
| United States of America<br>v.<br>STEPHEN TYLER BIENEMAN<br><br>*Defendant* | )<br>)<br>)  Case No.  CR-00002 JAO<br>)<br>)<br>) |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Sep 19, 2023, 11:44 am
Lucy H. Carrillo, Clerk of Court

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE IN A MISDEMEANOR CASE

A United States magistrate judge has explained to me the nature of the charges against me and the maximum penalty that may be imposed on each charge if I am found guilty. The magistrate judge has also informed me of my right to a lawyer, my right to a jury trial, and my right to be tried, judged, and sentenced before either a United States district judge or a United States magistrate judge.

I consent to being tried before a United States magistrate judge, and I waive my rights to trial, judgment, and sentencing by a United States district judge.

_____
*Defendant's signature*

### Waiver of a Right to Trial by Jury

I waive my right to a jury trial.

_____
*Defendant's signature*

The United States consents to the jury-trial waiver: _____
*Government representative's signature*

_____
*Government representative's printed name and title*

### Waiver of a Right to Have 30 Days to Prepare for Trial

I waive my right to have 30 days to prepare for trial.

_____
*Defendant's signature*

_____          _____
*Printed name of defendant's attorney (if any)*          *Signature of defendant's attorney (if any)*

Date: _____     Approved by: _____
                                        *Magistrate Judge's signature*