# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:23-cr-00002-RT-1 |
| CASE NAME: | United States of America v. Stephen Tyler Bieneman |
| ATTYS FOR PLT: | Mohammad Khatib, Asst. U.S. Attorney |
| ATTYS FOR DEFT: | Birney B. Bervar, Retained |

| | | | |
|---|---|---|---|
| JUDGE: | Rom Trader | REPORTER: | CT 5 |
| DATE: | 10/26/2023 | TIME: | 9:06 AM – 9:51 AM |

COURT ACTION: EP:   MOTIONS IN LIMINE HEARING / FINAL PRETRIAL CONFERENCE held on 10/26/2023.

**Waiver of Physical Presence and Consent to Proceed by Telephone:**

Mr. Bieneman ("Defendant") not in custody and present via telephone. Per Rule 43(b)(2) of the Federal Rules of Criminal Procedure, Defendant's presence is not required in misdemeanor cases where Defendant provides written consent. Defendant has filed [ECF [59]] *Waiver of Physical Appearance at Pretrial Conference/Motions in Limine*. Court conducts colloquy to confirm Defendant's waiver and consent to appear via telephone.

**Hearing on Motions In Limine:**

Court takes judicial notice of the instant records and files, including the docket, [ECF [11]] *Indictment*, [ECF [21] & [29]] *Criminal Scheduling Orders*, the *Federal Rules of Evidence* and *Federal Rules of Criminal Procedure*.

Court has reviewed the following written submissions, exhibits and legal authority cited by the parties:

1) ECF [41] *Notice of Intention to Offer Certified Domestic Records of Regularly Conducted Activity*;
2) ECF [44] *Motion in Limine to Take Judicial Notice*;
3) ECF [45] *Motion in Limine to Admit Self-Authenticating Records*;
4) ECF [46] *Motion in Limine to Exclude Defendant's Exhibits "A" and "B"*; and
5) ECF [47] *Motion for Order Permitting Late Disclosure of Expert Witness*.

Arguments heard.

**Ruling on Motions**:

After careful consideration of the motions, opposition/reply memoranda and exhibits within the context of arguments by counsel and applicable law, the Court rules as follows:

1) **[ECF [45]]** *Motion in Limine to Admit Self-Authenticating Records*

    **GRANTED**

    Government permitted to offer and admit such records/exhibits at trial without further witness testimony or other evidentiary foundation.

2) **[ECF [44]]** *Motion in Limine to Take Judicial Notice*

    **GRANTED**

    Government permitted to admit as evidence the judicially noticed fact that Antarctica is a place outside the jurisdiction of any nation with respect to an offense by or against a national of the United States of America.  The receipt of this evidence shall be subject to appropriate cautionary and/or jury instructions.

3) **[ECF [47]]** *Motion for Order Permitting Late Disclosure of Expert Witness*

    **DENIED**

    Defendant is precluded from calling Christopher Martinez, M.D., as an expert medical witness and from eliciting expert testimony on any issues in this case.  However, Defendant may call Dr. Martinez as a lay witness and elicit testimony based upon his personal knowledge.

4) ECF [46] *Motion in Limine to Exclude Defendant's Exhibits "A" and "B"*

    **GRANTED**

    Defendant's Exhibits "A" and "B" (emails by Dr. Martinez) are excluded. However, if at trial, Defendant should seek to admit any portion of these exhibits for any reason, Defendant shall first request the Court address the matter outside the presence of the jury.

The Court finds persuasive and adopts the arguments and authorities relied upon by the Government.  By **11/2/2023**, the Government is directed to submit orders consistent with the Court's rulings to Trader_Orders@hid.uscourts.gov.

**Final Pretrial Conference:**

- **Trial**

    - Court CONFIRMS jury trial to commence 11/6/2023 at 9:00 a.m. before Magistrate Judge Trader

    - Daily Schedule

        - Morning Session    8:30/9:00 a.m. to 12:00 p.m.
        - Lunch Recess       12:00 to 1:00 p.m.
        - Afternoon Session  1:00/1:30 p.m. to 4:00/4:30 p.m.

    - Anticipated Trial Schedule

        - Day 1 (11/6/2023)   Jury selection, opening statements and time permitting, Government's case-in-chief.
        - Day 2 (11/7/2023)   No morning session.  Trial resumes at 1:00 p.m.
        - Day 3 (11/8/2023)   Further trial.
        - Day 4 (11/9/2023)   Further trial, closing arguments and jury deliberations.

- **Length of Trial**

    - Government's case-in-chief, 2 days.
    - Defendant's case-in-chief, if any, ½ day.

- **Jury Selection**

    - Court has requested 55-60 jurors appear.
    - Court to provide juror information to counsel as soon as available.
    - 22 jurors to be initially seated and questioned.
    - Court to select 12 trial jurors and 2 alternate jurors.
    - Counsel permitted 15 minutes of voir dire examination.

- **Trial Record**

    - Due to other ongoing trials, court reporter may not be available to record trial proceedings.
    - Court notifies parties trial proceedings will be digitally recorded.  No objection by the parties.

- **Defendant's Appearance**

    Defendant instructed to appear in person on 11/6/2023 at 9:00 a.m. at Courtroom 5.

Submitted by: Michael D. Cruz, Courtroom Manager